```
___FILED      ___ENTERED
___LODGED     ___RECEIVED
```

AUG 11 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

The Honorable James L. Robart



10-CV-01050-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON RESEARCH FOUNDATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SILICON LABORATORIES INC., a Delaware Corporation; APPLE INC., a California Corporation; GARMIN, LTD., a Cayman Islands Corporation; GARMIN INTERNATIONAL, INC., a Kansas Corporation; IRIVER, LTD., a South Korea Corporation; IRIVER INC., a California Corporation; SANDISK CORPORATION, a Delaware Corporation; AVNET, INC., a New York Corporation; PANTECH CO., LTD., a South Korean Corporation; PANTECH & CURITEL COMMUNICATIONS, INC., a South Korean Corporation; and PANTECH WIRELESS, INC., a Georgia Corporation,<br><br>Defendants. | NO. 2:10-cv-1050 JLR<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO PLEAD, INITIAL DISCLOSURES AND JOINT STATUS REPORT** |

## I. STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate as follows:

1. Washington Research Foundation and Silicon Laboratories have been discussing a potential resolution of this action, which would resolve the litigation against all defendants.

Stipulation and Order Regarding Extension of
Time -Page 1 of 4

Victoria Gruver Curtin, PLC
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ 85254
Phone: (480) 998-3547
Fax: (480) 596-7956

1  Those discussions are progressing and it will require additional time to determine if the parties
2  will be able to negotiate a final resolution and prepare the necessary documentation.
3        2.      Washington Research Foundation has served all domestic defendants with the
4  Amended Complaint, specifically Silicon Laboratories, Apple, Garmin International, iriver, Inc.,
5  SanDisk, Avnet and Pantech Wireless. Answers from those defendants are now due August 17
6  or 18, 2010.
7        3.      Washington Research Foundation and Silicon Laboratories therefore seek an
8  extension of time for all served defendants to answer or otherwise respond to the complaint of 30
9  days, to and including September 17, 2010.
10        4. In addition, the parties seek an extension of the dates for initial disclosures and the
11  filing of a Joint Status Report, as set by the Court in its Order dated July 15, 2010. The date set
12  by the Court for a FRCP 26(f) Conference was August 30, 2010; the date set by the Court for
13  Initial Disclosures pursuant to FRCP 26(a)(1) was September 13, 2010. The parties request that
14  the Court move those dates by 30 days also, to September 29, 2010 and October 13, 2010,
15  respectively.
16        PRESENTED this 9th day of August, 2010 BY:

**VICTORIA GRUVER CURTIN, P.L.C.**

By: _/s/Victoria Curtin_

Victoria Gruver Curtin
(Arizona Bar No. 010897)
14555 North Scottsdale Rd, Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956
Email: Victoria@vcurtin.com
Counsel for Plaintiff

26  C. Dean Little, WSBA No. 1269
    Jonathan Yeh, WSBA No. 32734
27  BLANK Law & Technology, P.S.
    157 Yester Way, Third Floor
28

Stipulation and Order Regarding Extension of Time -Page 2 of 4

Victoria Gruver Curtin, PLC
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ 85254
Phone: (480) 998-3547
Fax: (480) 596-7956

1  Seattle, Washington 98104
   Telephone: 206 256 9699
2  Facsimile: 206 256 9899
   Email: dlittle@digital-legal.com
3  jyeh@digital-legal.com
   Local Counsel for Plaintiff
4

5  Steven G. Lisa
   (Illinois Bar No. 6187348)
6  LAW OFFICES OF STEVEN G. LISA, LTD.
   55 West Monroe Street, Suite 3210
7  Chicago, IL 60603
   Tel : (312) 752-4357
8  Fax: (312) 896-5633
   Email: stevelisa@patentit.com
9
   Counsel for Plaintiff
10

11 Gerald D. Hosier
   Law Offices of Gerald D. Hosier, Ltd
12 (Nevada Bar No. 5023)
   8904 Canyon Springs Drive
13 LasVegas, NV 89117
   Tel.: 702-256-8904
14 Fax: 702-256-8967
   Email: wizard@ozpd.com
15

16 Counsel for Plaintiff

17
                                    **LANE POWELL** PC
18

19
                                    By /s/ *Randall P. Beighle*
20                                     Randall P. Beighle, WSBA No. 13421
                                       *Attorneys for Defendant Silicon Laboratories*
21

22
   Pro Hac Vice for Defendant Silicon Laboratories:
23

24
   Jerry R. Selinger
25 Patterson & Sheridan, LLP
   1700 Pacific Ave., Suite 2650
26 Dallas, TX 75201
   Direct number:  (214) 272-0957
27 Email: jselinger@pattersonsheridan.com

28

Stipulation and Order Regarding Extension of
Time -Page 3 of 4

## II. ORDER

IT IS SO ORDERED.

DATED this 11th day of August, 2010.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Stipulation and Order Regarding Extension of
Time -Page 4 of 4

Victoria Gruver Curtin, PLC
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ 85254
Phone: (480) 998-3547
Fax: (480) 596-7956