The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON RESEARCH FOUNDATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SILICON LABORATORIES INC., a Delaware Corporation; APPLE INC., a California Corporation; GARMIN, LTD., a Cayman Islands Corporation; GARMIN INTERNATIONAL, INC., a Kansas Corporation; IRIVER, LTD., a South Korea Corporation; IRIVER INC., a California Corporation; SANDISK CORPORATION, a Delaware Corporation; AVNET, INC., a New York Corporation; PANTECH CO., LTD., a South Korean Corporation; PANTECH & CURITEL COMMUNICATIONS, INC., a South Korean Corporation; and PANTECH WIRELESS, INC., a Georgia Corporation,<br><br>Defendants. | NO.   2:10-cv-1050 JLR<br><br>NOTICE OF DISMISSAL |

Washington Research Foundation ("WRF") and Silicon Laboratories Inc. ("SiLabs") have agreed to settle all claims and entered into a Licensing Agreement, which agreement effectively licenses all defendants herein for use of allegedly infringing chipsets

Notice of Dismissal -Page 1 of 3

Victoria Gruver Curtin, PLC
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ 85254
Phone: (480) 998-3547
Fax: (480) 596-7956

manufactured or sold by SiLabs.  No defendant having answered, WRF hereby dismisses with prejudice all of WRF's claims against SiLabs in the present action pursuant to Federal Rule of Civil Procedure 41(a)(1).  Further, all of WRF's claims against each Defendant other than SiLabs are dismissed with prejudice as to SiLabs's products and to the extent any alleged infringement is premised on the presence, inclusion or use of a SiLabs product, and without prejudice as to any other claims against such Defendants.

Dated this 7th day of September, 2010:

**VICTORIA GRUVER CURTIN, P.L.C.**

By: */s/Victoria Curtin*

Victoria Gruver Curtin
(Arizona Bar No. 010897)
14555 North Scottsdale Rd, Ste. 160
Scottsdale, Arizona 85254
Tel.:  (480) 998-3547
Fax:  (480) 596-7956
Email: Victoria@vcurtin.com
Counsel for Plaintiff

C. Dean Little, WSBA No. 1269
Jonathan Yeh, WSBA No. 32734
BLANK Law & Technology, P.S.
157 Yester Way, Third Floor
Seattle, Washington 98104
Telephone: 206 256 9699
Facsimile: 206 256 9899
Email: dlittle@digital-legal.com
jyeh@digital-legal.com
Local Counsel for Plaintiff

Notice of Dismissal  -Page 2 of 3

Victoria Gruver Curtin, PLC
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ  85254
Phone: (480) 998-3547
Fax: (480) 596-7956

Steven G. Lisa
(Illinois Bar No. 6187348)
LAW OFFICES OF STEVEN G. LISA, LTD.
55 West Monroe Street, Suite 3210
Chicago, IL 60603
Tel : (312) 752-4357
Fax: (312) 896-5633
Email: stevelisa@patentit.com
Counsel for Plaintiff

Gerald D. Hosier
Law Offices of Gerald D. Hosier, Ltd
(Nevada Bar No. 5023)
8904 Canyon Springs Drive
LasVegas, NV 89117
Tel.:  702-256-8904
Fax:  702-256-8967
Email: wizard@ozpd.com

Counsel for Plaintiff

Notice of Dismissal  -Page 3 of 3

Victoria Gruver Curtin, PLC
14555 North Scottsdale Road, Suite 160
Scottsdale, AZ  85254
Phone: (480) 998-3547
Fax: (480) 596-7956